McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE M. HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM D. YOTTY,<br><br>    Respondent. | CIV-S-05-2076-DFL/PAN<br><br>**STIPULATION AND ORDER FOR TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: William D. Yotty |

The parties hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

   1.  That all hearings be vacated.

   2.  That the IRS summons issued June 3, 2005, be enforced.

   3.  That Respondent, William D. Yotty, be ordered to appear at 4330 Watt Avenue, Sacramento, California, before Revenue Officer Lynne M. Hartmann or her designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by the Revenue Officer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day

to day until completed.

Dated: January 31, 2006

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Y H T Himel
YOSHINORI H.T. HIMEL
Assistant U. S. Attorney

Dated:  1/24/        , 2006          /s/ Wm Yotty
WILLIAM D. YOTTY

## ORDER

Upon the stipulation of the parties, it is hereby ORDERED as follows:

1. All hearings are VACATED.

2. The IRS summons issued June 3, 2005, is ENFORCED.

3. Respondent, William D. Yotty, is ORDERED to appear at 4330 Watt Avenue, Sacramento, California, before Revenue Officer Lynne M. Hartmann or her designated representative, within twenty-one days of the date of the filing of this order, or at an alternate time and date to be set by Revenue Officer Hartmann, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

4. The Clerk shall supply this order to Mr. William D. Yotty, 521 Acorn Way, Lodi, California 95242-4654, and to the District Judge and the Magistrate Judge.

It is SO ORDERED.

DATED: 1/30/2006

DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **January 25, 2005**, she served a copy of

**STIPULATION AND ORDER FOR TAX SUMMONS ENFORCEMENT**

by placing said copy in a postpaid envelope, addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Mr. William D. Yotty
521 Acorn Way
Lodi, CA 95242-4654

*/s/ Mary Ann Rackley*
MARY ANN RACKLEY